UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GUY YOUTE | : | NO.: 3:21-cv-00267 |
| | : | |
| v. | : | |
| | : | |
| GREATER BRIDGEPORT TRANSIT | : | |
| AUTHORITY, EDWARD O'KEEFE, | : | |
| DOUGLAS HOLCOMB, and | : | |
| THOMAS GORMAN | : | MARCH 2, 2021 |

**<u>NOTICE OF REMOVAL</u>**

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441, 1443 and 1446, the defendants, Greater Bridgeport Transit Authority, Edward O'Keefe, Douglas Holcomb and Thomas Gorman, hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport for the following reasons:

1. The plaintiff commenced the instant action against the undersigned defendants by service of a Summons and Complaint dated February 2, 2021. The plaintiff served a copy of the Summons and Complaint upon the defendants on February 4, 2021.

2. The action is returnable in the Superior Court for the Judicial District of Fairfield at Bridgeport on March 23, 2021. As of the date of this removal, the plaintiff has not returned the action to Superior Court, and as such, no state court case number is available.

3. The above-described action is a civil action and is one which may be removed to the Court by the defendants pursuant to the provisions of Title 28, United States Code §§1441, 1331 and 1343(a)(3) and (4). The Complaint asserts substantial federal questions for violation of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. 2000e (First Count) and failure

to provide the plaintiff with equal protection and due process in violation of the 14th Amendment of the United States Constitution violation 42 U.S.C. 1983 (Second Count).

4. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants.

5. The defendants deny the plaintiff's material allegations.

6. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§1331, 1343. The action may be removed to this Court pursuant to 28 U.S.C. §§1441, 1443 and 1446.

WHEREFORE, the petitioners pray that the above action now pending in the Superior Court of New Haven be removed therefrom to this Court.

DEFENDANTS,
GREATER BRIDGEPORT TRANSIT
AUTHORITY, EDWARD O'KEEFE,
DOUGLAS HOLCOMB and THOMAS GORMAN

By      /s/   David S. Monastersky
David S. Monastersky
ct13319
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190
(860) 249-1361
 (860) 249-7665 fax
dmonastersky@hl-law.com

**CERTIFICATION**

This is to certify that on March 2, 2021, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

John T. Bochanis, Esq.
Daly Weihing & Bochanis
1776 North Avenue
Bridgeport, CT 06604

                                                /s/ David S. Monastersky
                                                David S. Monastersky