**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For Information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT **SUPERIOR COURT** www.jud.ct.gov  |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 1061 Main Street, Bridgeport, CT  06604 | ( 203 ) 579 – 6527 | 03/23/2021 |

| ☒ Judicial District   ☐ Housing Session | G.A. Number: | At *(City/Town)* Bridgeport | Case type code *(See list on page 2)* Major: T   Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Daly, Weihing & Bochanis, 1776 North Avenue, Bridgeport, CT  06604 | 101227 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 333 – 8500 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Youte, Guy  Address: 43 Jewett Avenue, Bridgeport, CT  06606 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: Greater Bridgeport Transit Authority  Address: One Cross Street, Bridgeport, CT  06610 | D-01 |
| Additional defendant | Name: O'Keefe, Edward  Address: c/o Greater Bridgeport Transit Authority, One Cross Street, Bridgeport, CT  06610 | D-02 |
| Additional defendant | Name: Holcomb, Douglas  Address: c/o Greater Bridgeport Transit Authority, One Cross Street, Bridgeport, CT  06610 | D-03 |
| Additional defendant | Name: Gorman, Thomas  Address: c/o Greater Bridgeport Transit Authority, One Cross Street, Bridgeport, CT  06610 | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 4 | ☐ Form JD-CV-2 attached for additional parties |

*A True Copy Attest  Christopher Paoletti  State Marshal, Fairfield County  Indifferent Person*

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date 02/02/2021 | Signed *(Sign and select proper box)* [signature] | ☒ Commissioner of Superior Court  ☐ Clerk | Name of person signing John T. Bochanis |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| *For Court Use Only* |
|---|
| File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |

| | | |
|---|---|---|
| **RETURN DATE: MARCH 23, 2021** | : | **SUPERIOR COURT** |
| **GUY YOUTE** | : | **J.D. OF FAIRFIELD** |
| **VS.** | : | **AT BRIDGEPORT** |
| **GREATER BRIDGEPORT TRANSIT AUTHORITY, ET AL** | : | **FEBRUARY 2, 2021** |

<strong><u>COMPLAINT</u></strong>

**FIRST COUNT**

1) The Defendant is Greater Bridgeport Transit Authority, whose business address is One Cross Street, Bridgeport, Connecticut 06610.

2) The Plaintiff, Guy Youte's, race/color is Black/Haitian.

3) The Plaintiff was employed with the Defendant from approximately June 2009 until he was discharged on or about March 6, 2019.

4) The Plaintiff's position with the Defendant was bus driver.

5) The Plaintiff's work performance at the Defendant was always satisfactory.

6) On or about October 20, 2018 based on a passenger complaint Plaintiff was accused of making an inappropriate remark to the passenger. Contrary to the

1

passenger's accusation, the Plaintiff never made an inappropriate remark to the passenger. An investigation was conducted by Ed O'Keefe (Caucasian), Assistant Manager of Transportation Operations for the Defendant. A video from the bus was not able to confirm any remark the Plaintiff made to the passenger and the Plaintiff was not informed of any witnesses to this alleged incident. Plaintiff was treated different from other drivers who were not Black and Haitian, in that the Plaintiff was given a four day suspension without pay starting on November 5, 2018.

7) On or about February 14, 2019 the Plaintiff was suspended from employment without pay by the Defendant. The suspension from employment was based on a passenger's contention that the Plaintiff attempted to solicit sex in exchange for money. In addition, the Defendant alleged that the Plaintiff violated work rules concerning the operation of the bus on February 14, 2019. Plaintiff was not provided with any details of the investigation against him or any details of the investigation concerning the allegations against the Plaintiff by the Defendant.

8) Contrary to the contention of the Defendant for the basis of Plaintiff's suspension, the Plaintiff never solicited sex from a passenger in exchange for the payment of money and did not operate a bus in violation of work rules.

9) The Plaintiff was not provided with the specifics of the allegations against him, when Plaintiff was suspended from employment without pay by Mr. Ed O'Keefe, (Caucasian) Assistant Manager of Transportation Operations of the Defendant and then discharged from employment from the Defendant on March 6, 2019.

10) Prior to his discharge, the Plaintiff complained to the Defendant about being discriminatorily treated based on his race and color.

11) Other drivers who were Caucasian and non-Haitian have had passenger complaints filed against them and have had allegedly been accused of bus operation violations and have not been suspended without pay by the Defendant pending investigations and/or discharged.

12) The Defendant has discriminated against the Plaintiff in the terms and conditions of his employment by suspending, retaliating against and

discharging the Plaintiff as a result of his race/color and/or national origin all in violation of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. 2000e and the Civil Rights Act of 1991.

13) As a direct and proximate result of the conduct of the Defendant, as aforesaid, the Plaintiff, Guy Youte, has been deprived of his position and employment with the Defendant, Greater Bridgeport Transit Authority.

14) The Plaintiff has lost and will continue to lose earnings and benefits, his earning capacity has been substantially impaired, he has lost and will continue to suffer from humiliation and severe physical and emotional injuries and distress, he has and will continue to incur litigation expenses and attorney's fees and the quality of his life has been substantially diminished, all to his loss and detriment.

15) The Plaintiff has obtained a release of jurisdiction from the appropriate agencies to file the instant claim.

**SECOND COUNT**

1-11) Paragraphs 1-11 of the First Count are incorporated herein and made Paragraphs 1-11 of this the Second Count.

12) At all times mentioned herein, the Defendants, Edward O'Keefe, Douglas Holcomb and Thomas Gorman were employees of the Defendant, Greater Bridgeport Transit Authority and participated in disciplining and discharging the Plaintiff.

13) The Plaintiff had a property interest in his job as a bus operator for the Defendant in that he could not be discharged without just cause.

14) The Defendants hereinbefore named, including the employees and agents of the Defendant, Greater Bridgeport Transit Authority, intentionally, recklessly and/or negligently deprived the Plaintiff of his rights, privileges and immunities secured to him by the constitution and laws of the United States and State of Connecticut including failing to afford the Plaintiff equal protection and due process of the laws in violation of Article 1, Section 20, and Article 1, Section 8 of the Constitution of the State of Connecticut and the 14th Amendment of the United States Constitution in addition depriving the Plaintiff of his civil rights thereby violating 42 U.S.C. Section 1983 in that

5

the Defendants failed to provide the Plaintiff with an opportunity for a fair hearing failed to provide the Plaintiff with an adequate notice of the charges against him; failed to provide the Plaintiff with the evidence against him including failing to provide the Plaintiff with the evidence against him including failing to provide the Plaintiff with a copy of the bus video to support the charges against the Plaintiff; failed to provide the Plaintiff with an adequate opportunity to respond to the charges against him; failed to provide the Plaintiff with a hearing before an impartial fact finder and decision; failed to adequately and properly investigate the accusations for the Plaintiff's dismissal

15) As a result thereof, the Plaintiff has lost and is continuing to lose salary, benefits, and other perquisites of employment and has suffered extreme humiliation, mental anxiety and emotional distress and has been required to assume various incidental expenses.

**WHEREFORE THE PLAINTIFF CLAIMS:**

1) Money damages within the jurisdiction of this Court;

2) Attorney's fees;

3) Such other and further relief as in law or equity would pertain.

THE PLAINTIFF

BY _____
JOHN T. BOCHANIS
DALY, WEIHING & BOCHANIS
1776 North Avenue
Bridgeport, CT 06604
(203) 333-8500
Juris No. 101227

A True Copy Attest

_____
Christopher Paoletti
State Marshal, Fairfield County
Indifferent Person

| | | |
|---|---|---|
| **RETURN DATE: MARCH 23, 2021** | : | **SUPERIOR COURT** |
| **GUY YOUTE** | : | **J.D. OF FAIRFIELD** |
| **VS.** | : | **AT BRIDGEPORT** |
| **GREATER BRIDGEPORT TRANSIT AUTHORITY, ET AL** | : | **FEBRUARY 2, 2021** |

### STATEMENT RE: AMOUNT IN DEMAND

The amount of legal interest or property in demand is not less than FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

THE PLAINTIFF

BY _____
JOHN T. BOCHANIS
DALY, WEIHING & BOCHANIS
1776 North Avenue
Bridgeport, CT 06604
(203) 333-8500
Juris No. 101227

A True Copy Attest
Christopher Paoletti
State Marshal, Fairfield County
Indifferent Person